STEVEN H. BURKE, ESQ.
Nevada Bar No. 14037
LAW OFFICE OF STEVEN H. BURKE, LLC
D.B.A. THE 808 FIRM
9205 W. Russell Road, Suite 240
Las Vegas, Nevada 89148
T: 702-793-4369 | F: 702-793-4301
Email: stevenburkelaw@gmail.com

*Attorney for Plaintiff Lika Fuentes*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LIKA FUENTES, an individual<br><br>Plaintiff,<br><br>vs.<br><br>GYPSUM RESOURCES MATERIALS LLC.; DOES I through X; and ROE Corporations XI through XX, inclusive, inclusive,<br><br>Defendant. | Case No. No. 2:21-cv-00599-RFB-VCF<br><br>**STIPULATION AND ORDER TO DISMISS THE COMPLAINT AGAINST DEFENDANT, GYPSUM RESOURCES MATERIALS LLC WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)** |

IT IS HEREBY STIPULATED by and between Plaintiff, Lika Fuentes ("Plaintiff" or "Ms. Fuentes") and Defendant, Gypsum Resources Materials LLC ("Gypsum") (collectively referred to as the "Parties"), by and through their respective counsel, that, pursuant to Fed. R. Civ. P. 41(A)(1):

1. An order shall be entered dismissing this action, and each and all of the claims, any counter-claims, and causes of action asserted herein, with prejudice;

2. All outstanding hearings and deadlines shall be vacated; and

3. The Parties shall bear their own attorneys' fees and costs associated with this action.

/ / /

/ / /

/ / /

**IT IS SO STIPULATED.**

| LAW OFFICE OF STEVEN H. BURKE, LLC | GYPSUM RESOURCES |
|---|---|
| */s/ Steven H. Burke* | */s/ Morgan Fashtchi* |
| Steven H. Burke, Esq. | Morgan Fashtchi, Esq. |
| Nevada Bar No. 14037 | Nevada Bar No. 6476 |
| 9205 W. Russell Road, Suite 240 | 8912 Spanish Ridge Ave. #200 |
| Las Vegas, Nevada 89148 | Las Vegas, Nevada 89148 |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |

### ORDER

**IT IS ORDERED** that this action, including all claims, counter-claims, and causes of action asserted therein, are dismissed with prejudice;

**IT IS FURTHER ORDERED** that all outstanding hearings and deadlines are vacated; and

**IT IS FURTHER ORDERED** that each party shall bear their own attorneys' fees and costs associated with this action; and

**IT IS SO ORDERED.**

DATED: December 7, 2021.

RICHARD E. BOULWARE, II
United States District Court

**CERTIFICATE OF SERVICE**

I hereby certify that service of the foregoing **STIPULATION AND ORDER TO DISMISS THE COMPLAINT AGAINST DEFENDANT GYPSUM RESOURCES MATERIALS LLC WITH PREJUDICE** was made on this 7th day of December, 2021 in the following manner:

**(ELECTRONIC SERVICE)** Pursuant to Rule 4-1 of the Local Rules of Civil Practice of the United States District Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

      /s/ *Steven H. Burke*
An Employee of Law Office of Steven H. Burke